**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1997**

_____

In re:  DEAFUEH MONBO; JUAHDI MONBO,

Petitioners.

_____

On Petition for Writ of Mandamus.  (1:21-cv-01230-MSN-WEF)

_____

Submitted:  November 17, 2022                    Decided:  November 22, 2022

_____

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Deafueh Monbo and Juahdi Monbo, Petitioners Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deafueh and Juahdi Monbo ("Petitioners") petition for a writ of mandamus seeking an order instructing the district court clerk to enter default pursuant to Fed. R. Civ. P. 55(a). We conclude that Petitioners are not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (cleaned up).

We have reviewed the record and conclude that Petitioners are not entitled to the relief they seek. Accordingly, we deny the petition for writ of mandamus. We further deny Petitioners' motions for a stay pending the resolution of their petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*